

**SO ORDERED.**

**SIGNED this 3 day of November, 2020.**

_____
**Stephani W. Humrickhouse**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | |
|---|---|
| IN RE: | |
| WAYNE BAILEY, INC., | CASE NO. 18-00284-5-SWH |
| | CHAPTER 11 |
| DEBTOR. | |

| | |
|---|---|
| JOHN C. BIRCHER, III, PLAN TRUSTEE FOR WAYNE BAILEY, INC. and WAYNE BAILEY, INC., | |
| *Plaintiffs*, | |
| vs. | ADV. PRO. NO. 20-00026-5-SWH |
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, | |
| *Defendant*. | |

**ORDER GRANTING CONSENT MOTION FOR
MODIFICATION OF PRETRIAL SCHEDULING ORDER**

**THIS MATTER** coming before the Court upon the Consent Motion for Modification of Pretrial Scheduling Order (the "Motion") filed by Plaintiffs JOHN C. BIRCHER, III, Plan Trustee

for WAYNE BAILEY INC. (the "Plan Trustee") and WAYNE BAILEY, INC. (the "Debtor") (collectively, the "Plaintiffs"), and with the consent and approval of Defendant NATIONWIDE AGRIBUSINESS INSURANCE COMPANY ("Defendant") (Plaintiffs and Defendant are collectively referred to herein as, the "Parties"), seeking modification of the Pretrial Scheduling Order [D.E. 18] that was entered by the Court on June 2, 2020.

**NOW, THEREFORE,** for good cause shown, the Court grants the relief requested in the Motion and modifies the Pretrial Scheduling Order as follows:

1. January 18, 2021 (as opposed to October 19, 2020), shall be the deadline by which the Parties were required to disclose and designate any expert witnesses in accordance with Fed. R. Civ. P. 26(a)(2) (the "Expert Witness Deadline");

2. March 1, 2021 (as opposed to November 30, 2020), shall be the deadline by which the Parties were required to complete all factual and expert discovery (the "Discovery Deadline");

3. April 7, 2021 (as opposed to January 7, 2021), shall be the deadline by which the Parties were required to file any motions, dispositive or otherwise (the "Dispositive Motions Deadline");

4. May 20, 2021 (as opposed to February 19, 2021), shall be the deadline which the Parties were required to prepare and upload a Final Pretrial Order (the "Final Pretrial Order Deadline"); and

5. The date for the Preliminary Pretrial Conference in this adversary proceeding shall be continued from February 25, 2021, to a date convenient to the Court after May 26, 2021.

**END OF DOCUMENT**